UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO FRANCO MEJIA,<br><br>    Defendant. | Case No.: ED 14-475M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  ( X )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ( X )  information in the Pretrial Services Report and Recommendation

    ( X )  information in the violation petition and report(s)

    ( X )  the defendant's nonobjection to detention at this time

    ( X )  other: <u>Allegations of failing to report and absconting</u>

1

1  	and/ or
2  B. ( )	The defendant has not met his/her burden of establishing by clear and
3  	convincing evidence that he/she is not likely to pose a danger to the safety
4  	of any other person or the community if released under 18 U.S.C.
5  	§ 3142(b) or (c). This finding is based on the following:
6  		( )  information in the Pretrial Services Report and Recommendation
7  		( )  information in the violation petition and report(s)
8  		( )  the defendant's nonobjection to detention at this time
9  		( )  other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated:   December 17 2014

    _____
    KENLY KIYA KATO
    United States Magistrate Judge

2